THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRAVIS AUGUSTINE, Appellant.

Submitted September 24, 2012; decided October 18, 2012

Motion for assignment of counsel granted and Matthew C. Hug, Esq., 105 Jordan Road, Troy, New York 12180 assigned as counsel to the appellant on the appeal herein.